THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>                    Plaintiff,<br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>                    Defendant. | **ORDER GRANTING [54] MOTION FOR TRANSFER OF RELATED CASE**<br><br><br>Case Number 2:24-cv-00492<br><br>District Judge David Barlow |

The court, having reviewed Defendant SkyWest Inflight Association's Unopposed Motion for Transfer of Related Case,[1] and for good cause appearing, hereby GRANTS the Motion. The related case titled *Su v. SkyWest Inflight Association*, Case No. 2:24-cv-00956-TS-DAO (D. Utah) is transferred to this court's docket.

        DATED: April 1, 2025

                                                BY THE COURT

                                                _____
                                                David Barlow
                                                United States District Judge

---

[1] ECF No. 54, filed February 14, 2025.