# Exhibit A

NEWS RELEASE
BUREAU OF LABOR STATISTICS
U. S. DEPARTMENT OF LABOR

**For release 10:00 a.m. (ET) Tuesday, January 28, 2025** USDL-25-0105

Technical information: (202) 691-6378 • cpsinfo@bls.gov • www.bls.gov/cps
Media contact: (202) 691-5902 • PressOffice@bls.gov

# UNION MEMBERS — 2024

The **union membership rate**—the percent of wage and salary workers who were members of unions—was 9.9 percent in 2024, little changed from the prior year, the U.S. Bureau of Labor Statistics reported today. The number of wage and salary workers belonging to unions, at 14.3 million, also showed little movement over the year. In 1983, the first year for which comparable data are available, the union membership rate was 20.1 percent and there were 17.7 million union members.

These data on union membership are collected as part of the Current Population Survey (CPS), a monthly sample survey of about 60,000 eligible households that obtains information on employment and unemployment among the nation's civilian noninstitutional population age 16 and over. For further information, see the Technical Note in this news release.

**Highlights from the 2024 data:**

- The union membership rate of public-sector workers (32.2 percent) continued to be more than five times higher than the rate of private-sector workers (5.9 percent). (See table 3.)

- The highest unionization rates were among workers in education, training, and library occupations (32.3 percent) and protective service occupations (29.6 percent). (See table 3.)

- Men continued to have a higher union membership rate (10.2 percent) than women (9.5 percent). (See table 1.)

- Black workers remained more likely to be union members than White, Asian, and Hispanic workers. (See table 1.)

- Nonunion workers had median weekly earnings that were 85 percent of earnings for workers who were union members ($1,138 versus $1,337). (The comparisons of earnings in this news release are on a broad level and do not control for many factors that can be important in explaining earnings differences.) (See table 2.)

- Among states, Hawaii and New York had the highest union membership rates (26.5 percent and 20.6 percent, respectively), while the lowest rates were in North Carolina (2.4 percent), South Dakota (2.7 percent), and South Carolina (2.8 percent). (See table 5 and chart 1.)

**Industry and Occupation of Union Members**

In 2024, the number of employees who belonged to unions was similar in the **public sector** (7.0 million) and the **private sector** (7.2 million). The number of private-sector union members declined by 184,000 in 2024, offsetting the increase in 2023. The number of public-sector union members changed little in 2024. (See table 3.)

The **public-sector** union membership rate, at 32.2 percent, also changed little over the year. The union membership rate continued to be highest in local government (38.2 percent), which employs many workers in heavily unionized occupations, such as police officers, firefighters, and teachers.

The union membership rate in the **private sector** declined by 0.1 percentage point over the year to 5.9 percent. **Industries** with the highest unionization rates in 2024 included utilities (18.7 percent), transportation and warehousing (15.8 percent), and educational services (13.2 percent). The lowest unionization rates occurred in finance (0.8 percent), insurance (1.2 percent), professional and technical services (1.2 percent), agricultural and related industries (1.4 percent), and food services and drinking places (1.6 percent).

Among **occupational groups**, the highest union membership rates in 2024 were in education, training, and library occupations (32.3 percent), protective service occupations (29.6 percent), and construction and extraction occupations (15.4 percent). Membership rates were lowest in farming, fishing, and forestry occupations (1.5 percent) and in sales and related occupations (2.7 percent).

**Selected Characteristics of Union Members**

In 2024, the unionization rate for **women** was unchanged over the year at 9.5 percent, and the number of women who were union members changed little at 6.6 million. Meanwhile, the unionization rate for **men** declined by 0.3 percentage point to 10.2 percent, and the number of men who were union members declined by 216,000 to 7.6 million. The gap between union membership rates for men and women has narrowed considerably since 1983, when rates for men and women were 24.7 percent and 14.6 percent, respectively. (See table 1.)

Among the major **race and ethnicity groups**, Black workers continued to have a higher union membership rate in 2024 (11.8 percent) than White workers (9.6 percent), Asian workers (8.5 percent), and Hispanic workers (8.5 percent). Over the year, the union membership rate was unchanged for Black workers, while it declined for White (-0.2 percentage point) and Hispanic (-0.5 percentage point) workers. The rate increased by 0.7 percentage point for Asian workers.

By **age**, workers ages 45 to 54 had the highest union membership rate in 2024, at 12.6 percent. Younger workers—those ages 16 to 24—had the lowest union membership rate, at 4.3 percent.

In 2024, the union membership rate continued to be higher for **full-time workers** (10.7 percent) than for **part-time workers** (5.7 percent). Over the year, the rate for full-time workers declined by 0.2 percentage point, while the rate for part-time workers increased by 0.5 percentage point.

**Union Representation**

In 2024, 16.0 million wage and salary workers were represented by a union, little changed from 2023. The percentage of workers represented by a union was 11.1 percent in 2024, also little different than a year earlier. Workers represented by a union include both union members (14.3 million) and workers who report no union affiliation but whose jobs are covered by a union contract (1.8 million). (See table 1.)

**Earnings**

Among full-time wage and salary workers, union members had **median usual weekly earnings** of $1,337 in 2024, while nonunion workers had median usual weekly earnings of $1,138. In addition to coverage by a collective bargaining agreement, these earnings differences reflect a variety of factors, including variations in the distributions of union members and nonunion employees by occupation, industry, age, firm size, or geographic region. (See tables 2 and 4.)

**Union Membership by State**

In 2024, 30 states had union membership rates below the U.S. average (9.9 percent), while 20 states and the District of Columbia had rates above it. All states in both the East South Central and West South Central divisions had union membership rates below the national average, while all states in both the Middle Atlantic and Pacific divisions had rates above it. (See table 5 and chart 1.)

Ten states had union membership rates below 5.0 percent in 2024. North Carolina had the lowest rate (2.4 percent). The next lowest rates were in South Dakota and South Carolina (2.7 percent and 2.8 percent, respectively). Two states had union membership rates over 20.0 percent in 2024: Hawaii (26.5 percent) and New York (20.6 percent).

In 2024, about 29 percent of the 14.3 million union members lived in just two states (California at 2.4 million and New York at 1.7 million). However, these two states accounted for 17 percent of wage and salary employment nationally.

## Technical Note

The estimates in this release are obtained from the Current Population Survey (CPS), which provides basic information on the labor force, employment, and unemployment. The survey is conducted monthly for the Bureau of Labor Statistics by the U.S. Census Bureau from a scientifically selected national sample of about 60,000 eligible households. The union membership and earnings data are tabulated from one-quarter of the CPS monthly sample and are limited to wage and salary workers. All self-employed workers are excluded.

Beginning in January of each year, data reflect revised population controls used in the CPS. Additional information about population controls is available on the BLS website at www.bls.gov/cps/documentation.htm#pop.

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

### Reliability of the estimates

Statistics based on the CPS are subject to both sampling and nonsampling error. When a sample, rather than the entire population, is surveyed, there is a chance that the sample estimates may differ from the true population values they represent. The exact difference, or sampling error, varies depending on the particular sample selected, and this variability is measured by the standard error of the estimate. There is about a 90-percent chance, or level of confidence, that an estimate based on a sample will differ by no more than 1.6 standard errors from the true population value because of sampling error. BLS analyses are generally conducted at the 90-percent level of confidence. The state section of this release preserves the long-time practice of highlighting the state union membership rates and levels regardless of their statistical significance.

The CPS data also are affected by nonsampling error. Nonsampling error can occur for many reasons, including the failure to sample a segment of the population, inability to obtain information for all respondents in the sample, inability or unwillingness of respondents to provide correct information, and errors made in the collection or processing of the data.

Information about the reliability of data from the CPS and guidance on estimating standard errors is available at www.bls.gov/cps/documentation.htm#reliability.

### Union membership questions

Employed wage and salary workers are classified as union members if they answer “yes” to the following question: On this job, are you a member of a labor union or of an employee association similar to a union? If the response is “no” to that question, then the interviewer asks a second question: On this job, are you covered by a union or employee association contract? If the response is “yes”, then these persons, along with those who responded “yes” to being union members, are classified as represented by a union. If the response is “no” to both the first and second questions, then they are classified as nonunion.

### Definitions

The principal definitions used in this release are described briefly below.

*Union members*. Data refer to members of a labor union or an employee association similar to a union.

*Union membership rate*. Data refer to the proportion of total wage and salary workers who are union members.

*Represented by unions*. Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.

*Nonunion*. Data refer to workers who are neither members of a union nor represented by a union on their job.

*Usual weekly earnings*. Data represent earnings before taxes and other deductions and include any overtime pay, commissions, or tips usually received (at the main job in the case of multiple jobholders). Prior to 1994, respondents were asked how much they usually earned per week. Since January 1994, respondents have been asked to identify the easiest way for them to report earnings (hourly, weekly, biweekly, twice monthly, monthly, annually, other) and how much they usually earn in the reported time period. Earnings reported on a basis other than weekly are converted to a weekly equivalent. The term "usual" is as perceived by the respondent. If the respondent asks for a definition of usual, interviewers are instructed to define the term as more than half of the weeks worked during the past 4 or 5 months.

*Median earnings*. The median is the amount which

divides a given earnings distribution into two equal groups, one having earnings above the median and the other having earnings below the median. The estimating procedure places each reported or calculated weekly earnings value into $50-wide intervals which are centered around multiples of $50. The actual value is estimated through the linear interpolation of the interval in which the median lies.

*Wage and salary workers*. Workers who receive wages, salaries, commissions, tips, payment in kind, or piece rates. The group includes employees in both the private and public sectors. Union membership and earnings data exclude all self-employed workers, both those with incorporated businesses as well as those with unincorporated businesses.

*Full-time workers*. Workers who usually work 35 hours or more per week at their sole or principal job.

*Part-time workers*. Workers who usually work fewer than 35 hours per week at their sole or principal job.

*Hispanic or Latino ethnicity*. Refers to persons who identified themselves in the enumeration process as being Spanish, Hispanic, or Latino. Persons whose ethnicity is identified as Hispanic or Latino may be of any race.

**Table 1. Union affiliation of employed wage and salary workers by selected characteristics, 2023-2024 annual averages**

[Numbers in thousands]

| Characteristic | 2023 | | | | | 2024 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total employed | Members of unions[1] | | Represented by unions[2] | | Total employed | Members of unions[1] | | Represented by unions[2] | |
| | | Total | Percent of employed | Total | Percent of employed | | Total | Percent of employed | Total | Percent of employed |
| **AGE AND SEX** | | | | | | | | | | |
| Total, 16 years and over | 144,541 | 14,424 | 10.0 | 16,193 | 11.2 | 144,522 | 14,255 | 9.9 | 16,023 | 11.1 |
| 16 to 24 years | 19,759 | 863 | 4.4 | 1,023 | 5.2 | 19,213 | 832 | 4.3 | 1,035 | 5.4 |
| 25 years and over | 124,782 | 13,561 | 10.9 | 15,170 | 12.2 | 125,309 | 13,423 | 10.7 | 14,988 | 12.0 |
| 25 to 34 years | 33,584 | 3,021 | 9.0 | 3,440 | 10.2 | 33,393 | 2,930 | 8.8 | 3,315 | 9.9 |
| 35 to 44 years | 31,731 | 3,522 | 11.1 | 3,941 | 12.4 | 32,395 | 3,499 | 10.8 | 3,944 | 12.2 |
| 45 to 54 years | 28,177 | 3,547 | 12.6 | 3,931 | 14.0 | 28,106 | 3,530 | 12.6 | 3,888 | 13.8 |
| 55 to 64 years | 22,980 | 2,753 | 12.0 | 3,056 | 13.3 | 22,790 | 2,678 | 11.8 | 2,962 | 13.0 |
| 65 years and over | 8,310 | 717 | 8.6 | 802 | 9.7 | 8,625 | 786 | 9.1 | 880 | 10.2 |
| Men, 16 years and over | 75,079 | 7,847 | 10.5 | 8,730 | 11.6 | 74,792 | 7,631 | 10.2 | 8,471 | 11.3 |
| 16 to 24 years | 9,866 | 531 | 5.4 | 619 | 6.3 | 9,626 | 476 | 4.9 | 568 | 5.9 |
| 25 years and over | 65,213 | 7,316 | 11.2 | 8,110 | 12.4 | 65,166 | 7,154 | 11.0 | 7,903 | 12.1 |
| 25 to 34 years | 17,724 | 1,734 | 9.8 | 1,945 | 11.0 | 17,585 | 1,602 | 9.1 | 1,799 | 10.2 |
| 35 to 44 years | 16,810 | 1,905 | 11.3 | 2,102 | 12.5 | 17,012 | 1,951 | 11.5 | 2,153 | 12.7 |
| 45 to 54 years | 14,586 | 1,876 | 12.9 | 2,076 | 14.2 | 14,467 | 1,754 | 12.1 | 1,910 | 13.2 |
| 55 to 64 years | 11,849 | 1,434 | 12.1 | 1,585 | 13.4 | 11,712 | 1,435 | 12.3 | 1,581 | 13.5 |
| 65 years and over | 4,244 | 367 | 8.7 | 403 | 9.5 | 4,389 | 411 | 9.4 | 461 | 10.5 |
| Women, 16 years and over | 69,462 | 6,577 | 9.5 | 7,463 | 10.7 | 69,730 | 6,624 | 9.5 | 7,552 | 10.8 |
| 16 to 24 years | 9,893 | 332 | 3.4 | 404 | 4.1 | 9,587 | 355 | 3.7 | 467 | 4.9 |
| 25 years and over | 59,569 | 6,244 | 10.5 | 7,060 | 11.9 | 60,143 | 6,269 | 10.4 | 7,085 | 11.8 |
| 25 to 34 years | 15,860 | 1,287 | 8.1 | 1,495 | 9.4 | 15,808 | 1,327 | 8.4 | 1,516 | 9.6 |
| 35 to 44 years | 14,922 | 1,618 | 10.8 | 1,840 | 12.3 | 15,383 | 1,548 | 10.1 | 1,791 | 11.6 |
| 45 to 54 years | 13,591 | 1,671 | 12.3 | 1,855 | 13.7 | 13,639 | 1,775 | 13.0 | 1,978 | 14.5 |
| 55 to 64 years | 11,131 | 1,319 | 11.8 | 1,471 | 13.2 | 11,078 | 1,243 | 11.2 | 1,381 | 12.5 |
| 65 years and over | 4,066 | 350 | 8.6 | 399 | 9.8 | 4,236 | 375 | 8.9 | 419 | 9.9 |
| **RACE, HISPANIC OR LATINO ETHNICITY, AND SEX** | | | | | | | | | | |
| White, 16 years and over | 109,689 | 10,777 | 9.8 | 12,130 | 11.1 | 109,472 | 10,509 | 9.6 | 11,843 | 10.8 |
| Men | 57,949 | 5,952 | 10.3 | 6,625 | 11.4 | 57,663 | 5,740 | 10.0 | 6,399 | 11.1 |
| Women | 51,740 | 4,826 | 9.3 | 5,505 | 10.6 | 51,809 | 4,769 | 9.2 | 5,444 | 10.5 |
| Black or African American, 16 years and over | 19,182 | 2,262 | 11.8 | 2,509 | 13.1 | 19,148 | 2,266 | 11.8 | 2,522 | 13.2 |
| Men | 9,017 | 1,190 | 13.2 | 1,309 | 14.5 | 8,976 | 1,153 | 12.8 | 1,250 | 13.9 |
| Women | 10,165 | 1,072 | 10.5 | 1,200 | 11.8 | 10,172 | 1,112 | 10.9 | 1,272 | 12.5 |
| Asian, 16 years and over | 10,044 | 786 | 7.8 | 904 | 9.0 | 10,162 | 869 | 8.5 | 997 | 9.8 |
| Men | 5,261 | 414 | 7.9 | 483 | 9.2 | 5,248 | 422 | 8.0 | 486 | 9.3 |
| Women | 4,783 | 372 | 7.8 | 420 | 8.8 | 4,914 | 447 | 9.1 | 510 | 10.4 |
| Hispanic or Latino ethnicity, 16 years and over | 27,361 | 2,462 | 9.0 | 2,742 | 10.0 | 28,224 | 2,407 | 8.5 | 2,746 | 9.7 |
| Men | 15,027 | 1,381 | 9.2 | 1,524 | 10.1 | 15,609 | 1,288 | 8.3 | 1,462 | 9.4 |
| Women | 12,334 | 1,081 | 8.8 | 1,218 | 9.9 | 12,616 | 1,118 | 8.9 | 1,284 | 10.2 |
| **FULL- OR PART-TIME STATUS[3]** | | | | | | | | | | |
| Full-time workers | 120,907 | 13,197 | 10.9 | 14,783 | 12.2 | 120,053 | 12,857 | 10.7 | 14,408 | 12.0 |
| Part-time workers | 23,476 | 1,210 | 5.2 | 1,390 | 5.9 | 24,307 | 1,388 | 5.7 | 1,601 | 6.6 |

[1] Data refer to members of a labor union or an employee association similar to a union.

[2] Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.

[3] The distinction between full- and part-time workers is based on hours usually worked. These data will not sum to totals because full- or part-time status on the principal job is not identifiable for a small number of multiple jobholders.

NOTE: Estimates for the above race groups (White, Black or African American, and Asian) do not sum to totals because data are not presented for all races. Persons whose ethnicity is identified as Hispanic or Latino may be of any race. Data refer to the sole or principal job of full- and part-time wage and salary workers. All self-employed workers are excluded, both those with incorporated businesses as well as those with unincorporated businesses. Updated population controls are introduced annually with the release of January data.

**Table 2. Median weekly earnings of full-time wage and salary workers by union affiliation and selected characteristics, 2023-2024 annual averages**

| Characteristic | 2023 | | | | 2024 | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Members of unions[1] | Represented by unions[2] | Non-union[3] | Total | Members of unions[1] | Represented by unions[2] | Non-union[3] |
| **AGE AND SEX** | | | | | | | | |
| Total, 16 years and over | $1,117 | $1,263 | $1,253 | $1,090 | $1,159 | $1,337 | $1,320 | $1,138 |
| 16 to 24 years | 714 | 809 | 810 | 709 | 744 | 922 | 892 | 735 |
| 25 years and over | 1,170 | 1,294 | 1,284 | 1,155 | 1,221 | 1,363 | 1,351 | 1,199 |
| 25 to 34 years | 1,045 | 1,160 | 1,150 | 1,027 | 1,101 | 1,226 | 1,205 | 1,084 |
| 35 to 44 years | 1,250 | 1,375 | 1,374 | 1,232 | 1,278 | 1,398 | 1,382 | 1,262 |
| 45 to 54 years | 1,255 | 1,390 | 1,381 | 1,232 | 1,327 | 1,478 | 1,470 | 1,286 |
| 55 to 64 years | 1,217 | 1,289 | 1,280 | 1,205 | 1,249 | 1,374 | 1,360 | 1,232 |
| 65 years and over | 1,080 | 1,152 | 1,150 | 1,064 | 1,153 | 1,195 | 1,194 | 1,147 |
| Men, 16 years and over | 1,202 | 1,341 | 1,333 | 1,180 | 1,261 | 1,415 | 1,403 | 1,241 |
| 16 to 24 years | 736 | 813 | 812 | 729 | 778 | 991 | 987 | 767 |
| 25 years and over | 1,273 | 1,374 | 1,367 | 1,258 | 1,346 | 1,446 | 1,438 | 1,329 |
| 25 to 34 years | 1,107 | 1,212 | 1,209 | 1,090 | 1,158 | 1,264 | 1,254 | 1,148 |
| 35 to 44 years | 1,364 | 1,448 | 1,452 | 1,347 | 1,414 | 1,483 | 1,468 | 1,405 |
| 45 to 54 years | 1,396 | 1,465 | 1,445 | 1,385 | 1,467 | 1,548 | 1,549 | 1,446 |
| 55 to 64 years | 1,380 | 1,397 | 1,384 | 1,380 | 1,421 | 1,502 | 1,493 | 1,407 |
| 65 years and over | 1,181 | 1,191 | 1,185 | 1,181 | 1,300 | 1,280 | 1,287 | 1,304 |
| Women, 16 years and over | 1,005 | 1,174 | 1,165 | 983 | 1,043 | 1,232 | 1,211 | 1,016 |
| 16 to 24 years | 691 | 784 | 797 | 685 | 709 | 852 | 806 | 705 |
| 25 years and over | 1,060 | 1,197 | 1,186 | 1,034 | 1,103 | 1,255 | 1,241 | 1,077 |
| 25 to 34 years | 985 | 1,120 | 1,094 | 971 | 1,023 | 1,185 | 1,162 | 1,007 |
| 35 to 44 years | 1,136 | 1,266 | 1,260 | 1,112 | 1,147 | 1,296 | 1,286 | 1,126 |
| 45 to 54 years | 1,115 | 1,317 | 1,312 | 1,079 | 1,166 | 1,388 | 1,366 | 1,137 |
| 55 to 64 years | 1,065 | 1,148 | 1,147 | 1,043 | 1,088 | 1,176 | 1,164 | 1,074 |
| 65 years and over | 977 | 1,118 | 1,115 | 960 | 1,005 | 1,098 | 1,084 | 995 |
| **RACE, HISPANIC OR LATINO ETHNICITY, AND SEX** | | | | | | | | |
| White, 16 years and over | 1,138 | 1,294 | 1,277 | 1,115 | 1,177 | 1,375 | 1,353 | 1,155 |
| Men | 1,225 | 1,367 | 1,353 | 1,204 | 1,288 | 1,462 | 1,443 | 1,262 |
| Women | 1,021 | 1,204 | 1,188 | 997 | 1,061 | 1,263 | 1,236 | 1,030 |
| Black or African American, 16 years and over | 920 | 1,102 | 1,099 | 901 | 959 | 1,130 | 1,130 | 933 |
| Men | 970 | 1,156 | 1,159 | 937 | 1,002 | 1,187 | 1,177 | 969 |
| Women | 889 | 1,048 | 1,037 | 872 | 922 | 1,053 | 1,061 | 907 |
| Asian, 16 years and over | 1,474 | 1,422 | 1,437 | 1,482 | 1,525 | 1,445 | 1,468 | 1,533 |
| Men | 1,635 | 1,444 | 1,472 | 1,680 | 1,726 | 1,420 | 1,451 | 1,754 |
| Women | 1,299 | 1,378 | 1,369 | 1,289 | 1,365 | 1,494 | 1,506 | 1,349 |
| Hispanic or Latino ethnicity, 16 years and over | 874 | 1,112 | 1,098 | 841 | 902 | 1,161 | 1,140 | 884 |
| Men | 915 | 1,162 | 1,147 | 893 | 963 | 1,248 | 1,226 | 934 |
| Women | 800 | 1,041 | 1,028 | 776 | 832 | 1,035 | 1,014 | 813 |

[1] Data refer to members of a labor union or an employee association similar to a union.

[2] Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.

[3] Data refer to workers who are neither members of a union nor represented by a union on their job.

NOTE: Persons whose ethnicity is identified as Hispanic or Latino may be of any race. Data refer to the sole or principal job of full-time wage and salary workers. All self-employed workers are excluded, both those with incorporated businesses as well as those with unincorporated businesses. Updated population controls are introduced annually with the release of January data.

**Table 3. Union affiliation of employed wage and salary workers by occupation and industry, 2023-2024 annual averages**

[Numbers in thousands]

| Occupation and industry | 2023 | | | | | 2024 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total employed | Members of unions[1] | | Represented by unions[2] | | Total employed | Members of unions[1] | | Represented by unions[2] | |
| | | Total | Percent of employed | Total | Percent of employed | | Total | Percent of employed | Total | Percent of employed |
| **OCCUPATION** | | | | | | | | | | |
| Management, professional, and related occupations | 62,381 | 6,440 | 10.3 | 7,355 | 11.8 | 62,800 | 6,472 | 10.3 | 7,447 | 11.9 |
| Management, business, and financial operations occupations | 25,434 | 1,034 | 4.1 | 1,247 | 4.9 | 25,560 | 1,051 | 4.1 | 1,293 | 5.1 |
| Management occupations | 16,626 | 680 | 4.1 | 816 | 4.9 | 16,411 | 689 | 4.2 | 825 | 5.0 |
| Business and financial operations occupations | 8,808 | 353 | 4.0 | 431 | 4.9 | 9,149 | 362 | 4.0 | 468 | 5.1 |
| Professional and related occupations | 36,947 | 5,406 | 14.6 | 6,109 | 16.5 | 37,240 | 5,421 | 14.6 | 6,153 | 16.5 |
| Computer and mathematical occupations | 6,361 | 242 | 3.8 | 299 | 4.7 | 6,196 | 228 | 3.7 | 291 | 4.7 |
| Architecture and engineering occupations | 3,510 | 208 | 5.9 | 256 | 7.3 | 3,432 | 195 | 5.7 | 249 | 7.3 |
| Life, physical, and social science occupations | 1,770 | 188 | 10.6 | 212 | 12.0 | 1,733 | 184 | 10.6 | 201 | 11.6 |
| Community and social service occupations | 2,746 | 391 | 14.2 | 440 | 16.0 | 2,780 | 378 | 13.6 | 425 | 15.3 |
| Legal occupations | 1,593 | 81 | 5.1 | 105 | 6.6 | 1,550 | 84 | 5.4 | 108 | 7.0 |
| Education, training, and library occupations | 9,202 | 3,005 | 32.7 | 3,355 | 36.5 | 9,351 | 3,016 | 32.3 | 3,346 | 35.8 |
| Arts, design, entertainment, sports, and media occupations | 2,317 | 192 | 8.3 | 208 | 9.0 | 2,358 | 152 | 6.5 | 184 | 7.8 |
| Healthcare practitioners and technical occupations | 9,448 | 1,100 | 11.6 | 1,234 | 13.1 | 9,839 | 1,184 | 12.0 | 1,351 | 13.7 |
| Service occupations | 23,587 | 2,162 | 9.2 | 2,410 | 10.2 | 23,707 | 2,182 | 9.2 | 2,430 | 10.3 |
| Healthcare support occupations | 4,834 | 369 | 7.6 | 429 | 8.9 | 5,157 | 424 | 8.2 | 477 | 9.3 |
| Protective service occupations | 3,083 | 985 | 31.9 | 1,057 | 34.3 | 3,070 | 908 | 29.6 | 998 | 32.5 |
| Food preparation and serving related occupations | 8,048 | 259 | 3.2 | 286 | 3.6 | 7,860 | 310 | 3.9 | 353 | 4.5 |
| Building and grounds cleaning and maintenance occupations | 4,635 | 420 | 9.1 | 488 | 10.5 | 4,807 | 419 | 8.7 | 465 | 9.7 |
| Personal care and service occupations | 2,987 | 128 | 4.3 | 149 | 5.0 | 2,813 | 121 | 4.3 | 136 | 4.9 |
| Sales and office occupations | 27,730 | 1,727 | 6.2 | 1,971 | 7.1 | 27,032 | 1,614 | 6.0 | 1,835 | 6.8 |
| Sales and related occupations | 12,226 | 358 | 2.9 | 440 | 3.6 | 11,929 | 325 | 2.7 | 391 | 3.3 |
| Office and administrative support occupations | 15,503 | 1,370 | 8.8 | 1,532 | 9.9 | 15,104 | 1,289 | 8.5 | 1,444 | 9.6 |
| Natural resources, construction, and maintenance occupations | 12,132 | 1,741 | 14.4 | 1,866 | 15.4 | 12,243 | 1,638 | 13.4 | 1,761 | 14.4 |
| Farming, fishing, and forestry occupations | 877 | 40 | 4.5 | 42 | 4.8 | 881 | 13 | 1.5 | 13 | 1.5 |
| Construction and extraction occupations | 6,916 | 1,124 | 16.3 | 1,196 | 17.3 | 6,939 | 1,068 | 15.4 | 1,140 | 16.4 |
| Installation, maintenance, and repair occupations | 4,339 | 577 | 13.3 | 628 | 14.5 | 4,422 | 558 | 12.6 | 608 | 13.7 |
| Production, transportation, and material moving occupations | 18,712 | 2,353 | 12.6 | 2,590 | 13.8 | 18,740 | 2,348 | 12.5 | 2,550 | 13.6 |
| Production occupations | 7,888 | 916 | 11.6 | 1,035 | 13.1 | 7,697 | 894 | 11.6 | 979 | 12.7 |
| Transportation and material moving occupations | 10,823 | 1,438 | 13.3 | 1,555 | 14.4 | 11,044 | 1,454 | 13.2 | 1,571 | 14.2 |
| **INDUSTRY** | | | | | | | | | | |
| Private sector | 122,963 | 7,414 | 6.0 | 8,428 | 6.9 | 122,684 | 7,230 | 5.9 | 8,216 | 6.7 |
| Agriculture and related industries | 1,248 | 28 | 2.2 | 33 | 2.6 | 1,287 | 18 | 1.4 | 19 | 1.5 |
| Nonagricultural industries | 121,715 | 7,386 | 6.1 | 8,395 | 6.9 | 121,397 | 7,212 | 5.9 | 8,197 | 6.8 |
| Mining, quarrying, and oil and gas extraction | 577 | 25 | 4.3 | 28 | 4.9 | 538 | 35 | 6.6 | 40 | 7.5 |
| Construction | 8,920 | 954 | 10.7 | 1,017 | 11.4 | 8,894 | 916 | 10.3 | 994 | 11.2 |
| Manufacturing | 14,922 | 1,181 | 7.9 | 1,353 | 9.1 | 14,338 | 1,124 | 7.8 | 1,244 | 8.7 |
| Durable goods | 9,599 | 772 | 8.0 | 878 | 9.1 | 9,213 | 713 | 7.7 | 786 | 8.5 |
| Nondurable goods | 5,323 | 409 | 7.7 | 475 | 8.9 | 5,125 | 411 | 8.0 | 458 | 8.9 |
| Wholesale and retail trade | 18,012 | 700 | 3.9 | 827 | 4.6 | 17,986 | 731 | 4.1 | 844 | 4.7 |
| Wholesale trade | 2,927 | 137 | 4.7 | 150 | 5.1 | 2,955 | 136 | 4.6 | 156 | 5.3 |
| Retail trade | 15,085 | 563 | 3.7 | 677 | 4.5 | 15,031 | 596 | 4.0 | 687 | 4.6 |
| Transportation and utilities | 7,624 | 1,256 | 16.5 | 1,337 | 17.5 | 7,540 | 1,221 | 16.2 | 1,307 | 17.3 |
| Transportation and warehousing | 6,495 | 1,031 | 15.9 | 1,103 | 17.0 | 6,387 | 1,006 | 15.8 | 1,079 | 16.9 |
| Utilities | 1,129 | 224 | 19.9 | 234 | 20.8 | 1,153 | 215 | 18.7 | 229 | 19.8 |
| Information[3] | 2,582 | 191 | 7.4 | 200 | 7.8 | 2,354 | 156 | 6.6 | 180 | 7.6 |
| Publishing, except Internet | 579 | 21 | 3.6 | 23 | 4.1 | 503 | 17 | 3.3 | 17 | 3.4 |
| Motion pictures and sound recording industries | 391 | 47 | 12.1 | 49 | 12.5 | 356 | 30 | 8.4 | 36 | 10.2 |

See footnotes at end of table.

**Table 3. Union affiliation of employed wage and salary workers by occupation and industry, 2023-2024 annual averages — Continued**

[Numbers in thousands]

| Occupation and industry | 2023 | | | | | 2024 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total employed | Members of unions[1] | | Represented by unions[2] | | Total employed | Members of unions[1] | | Represented by unions[2] | |
| | | Total | Percent of employed | Total | Percent of employed | | Total | Percent of employed | Total | Percent of employed |
| Broadcasting (except internet) | 270 | 26 | 9.7 | 27 | 10.1 | 224 | 20 | 8.8 | 22 | 9.7 |
| Telecommunications | 884 | 83 | 9.4 | 88 | 9.9 | 770 | 69 | 9.0 | 83 | 10.7 |
| Financial activities | 9,284 | 161 | 1.7 | 219 | 2.4 | 9,231 | 122 | 1.3 | 170 | 1.8 |
| Finance and insurance | 7,025 | 95 | 1.3 | 134 | 1.9 | 7,149 | 67 | 0.9 | 102 | 1.4 |
| Finance | 4,431 | 55 | 1.2 | 75 | 1.7 | 4,540 | 37 | 0.8 | 65 | 1.4 |
| Insurance | 2,594 | 39 | 1.5 | 59 | 2.3 | 2,609 | 31 | 1.2 | 37 | 1.4 |
| Real estate and rental and leasing | 2,259 | 67 | 3.0 | 85 | 3.8 | 2,082 | 55 | 2.6 | 68 | 3.3 |
| Professional and business services | 16,820 | 382 | 2.3 | 504 | 3.0 | 17,247 | 348 | 2.0 | 476 | 2.8 |
| Professional and technical services | 11,361 | 152 | 1.3 | 228 | 2.0 | 11,304 | 131 | 1.2 | 211 | 1.9 |
| Management, administrative, and waste services | 5,459 | 230 | 4.2 | 276 | 5.1 | 5,943 | 218 | 3.7 | 265 | 4.5 |
| Education and health services | 24,344 | 1,982 | 8.1 | 2,263 | 9.3 | 24,877 | 2,027 | 8.1 | 2,333 | 9.4 |
| Educational services | 5,156 | 666 | 12.9 | 766 | 14.8 | 5,207 | 689 | 13.2 | 805 | 15.5 |
| Health care and social assistance | 19,188 | 1,316 | 6.9 | 1,498 | 7.8 | 19,670 | 1,337 | 6.8 | 1,528 | 7.8 |
| Leisure and hospitality | 12,660 | 372 | 2.9 | 435 | 3.4 | 12,458 | 370 | 3.0 | 425 | 3.4 |
| Arts, entertainment, and recreation | 2,537 | 156 | 6.2 | 190 | 7.5 | 2,467 | 146 | 5.9 | 167 | 6.8 |
| Accommodation and food services | 10,123 | 216 | 2.1 | 245 | 2.4 | 9,991 | 224 | 2.2 | 258 | 2.6 |
| Accommodation | 1,284 | 95 | 7.4 | 101 | 7.9 | 1,155 | 84 | 7.2 | 93 | 8.0 |
| Food services and drinking places | 8,839 | 121 | 1.4 | 144 | 1.6 | 8,836 | 140 | 1.6 | 165 | 1.9 |
| Other services[3] | 5,970 | 182 | 3.0 | 212 | 3.6 | 5,933 | 160 | 2.7 | 184 | 3.1 |
| Other services, except private households | 5,314 | 172 | 3.2 | 202 | 3.8 | 5,301 | 152 | 2.9 | 172 | 3.3 |
| Public sector | 21,577 | 7,010 | 32.5 | 7,765 | 36.0 | 21,838 | 7,025 | 32.2 | 7,807 | 35.7 |
| Federal government | 4,106 | 1,032 | 25.1 | 1,192 | 29.0 | 4,170 | 1,056 | 25.3 | 1,246 | 29.9 |
| State government | 7,417 | 2,122 | 28.6 | 2,377 | 32.0 | 7,524 | 2,096 | 27.9 | 2,364 | 31.4 |
| Local government | 10,053 | 3,856 | 38.4 | 4,195 | 41.7 | 10,144 | 3,873 | 38.2 | 4,197 | 41.4 |

[1] Data refer to members of a labor union or an employee association similar to a union.

[2] Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.

[3] Includes other industries, not shown separately.

NOTE: Data refer to the sole or principal job of full-time wage and salary workers. All self-employed workers are excluded, both those with incorporated businesses as well as those with unincorporated businesses. Updated population controls are introduced annually with the release of January data.

**Table 4. Median weekly earnings of full-time wage and salary workers by union affiliation, occupation, and industry, 2023-2024 annual averages**

| Occupation and industry | 2023 Total | 2023 Members of unions[1] | 2023 Represented by unions[2] | 2023 Non-union[3] | 2024 Total | 2024 Members of unions[1] | 2024 Represented by unions[2] | 2024 Non-union[3] |
|---|---|---|---|---|---|---|---|---|
| **OCCUPATION** | | | | | | | | |
| Management, professional, and related occupations | $1,527 | $1,455 | $1,445 | $1,539 | $1,582 | $1,516 | $1,500 | $1,602 |
| Management, business, and financial operations occupations | 1,630 | 1,628 | 1,613 | 1,631 | 1,731 | 1,669 | 1,637 | 1,734 |
| Management occupations | 1,730 | 1,673 | 1,665 | 1,732 | 1,773 | 1,760 | 1,734 | 1,778 |
| Business and financial operations occupations | 1,517 | 1,493 | 1,484 | 1,519 | 1,610 | 1,488 | 1,498 | 1,619 |
| Professional and related occupations | 1,458 | 1,435 | 1,423 | 1,468 | 1,504 | 1,485 | 1,468 | 1,514 |
| Computer and mathematical occupations | 1,890 | 1,587 | 1,596 | 1,897 | 1,921 | 1,680 | 1,655 | 1,963 |
| Architecture and engineering occupations | 1,785 | 1,731 | 1,736 | 1,793 | 1,873 | 1,810 | 1,782 | 1,879 |
| Life, physical, and social science occupations | 1,541 | 1,407 | 1,442 | 1,553 | 1,611 | 1,738 | 1,754 | 1,596 |
| Community and social service occupations | 1,147 | 1,439 | 1,429 | 1,094 | 1,163 | 1,415 | 1,399 | 1,138 |
| Legal occupations | 1,880 | 1,620 | 1,566 | 1,894 | 1,904 | 1,902 | 1,899 | 1,905 |
| Education, training, and library occupations | 1,180 | 1,368 | 1,347 | 1,077 | 1,217 | 1,402 | 1,380 | 1,119 |
| Arts, design, entertainment, sports, and media occupations | 1,343 | 1,596 | 1,577 | 1,328 | 1,413 | 1,549 | 1,485 | 1,407 |
| Healthcare practitioners and technical occupations | 1,404 | 1,506 | 1,501 | 1,386 | 1,472 | 1,620 | 1,565 | 1,451 |
| Service occupations | 721 | 998 | 982 | 702 | 758 | 1,048 | 1,021 | 733 |
| Healthcare support occupations | 713 | 753 | 761 | 707 | 753 | 796 | 786 | 750 |
| Protective service occupations | 1,113 | 1,420 | 1,430 | 954 | 1,109 | 1,540 | 1,519 | 937 |
| Food preparation and serving related occupations | 660 | 725 | 709 | 658 | 689 | 752 | 745 | 686 |
| Building and grounds cleaning and maintenance occupations | 692 | 792 | 776 | 682 | 729 | 893 | 877 | 714 |
| Personal care and service occupations | 725 | 950 | 907 | 720 | 757 | 979 | 914 | 749 |
| Sales and office occupations | 923 | 1,012 | 1,004 | 916 | 964 | 1,089 | 1,084 | 954 |
| Sales and related occupations | 1,001 | 921 | 940 | 1,003 | 1,046 | 1,022 | 1,055 | 1,045 |
| Office and administrative support occupations | 891 | 1,021 | 1,012 | 878 | 925 | 1,100 | 1,089 | 911 |
| Natural resources, construction, and maintenance occupations | 1,001 | 1,389 | 1,368 | 951 | 1,042 | 1,475 | 1,449 | 995 |
| Farming, fishing, and forestry occupations | 689 | – | – | 682 | 716 | – | – | 714 |
| Construction and extraction occupations | 985 | 1,385 | 1,369 | 921 | 1,017 | 1,492 | 1,475 | 974 |
| Installation, maintenance, and repair occupations | 1,092 | 1,428 | 1,395 | 1,044 | 1,150 | 1,457 | 1,421 | 1,113 |
| Production, transportation, and material moving occupations | 869 | 1,083 | 1,053 | 834 | 891 | 1,128 | 1,111 | 864 |
| Production occupations | 895 | 1,051 | 1,019 | 871 | 922 | 1,151 | 1,129 | 899 |
| Transportation and material moving occupations | 841 | 1,098 | 1,082 | 810 | 862 | 1,105 | 1,086 | 829 |
| **INDUSTRY** | | | | | | | | |
| Private sector | 1,087 | 1,184 | 1,168 | 1,077 | 1,140 | 1,258 | 1,243 | 1,131 |
| Agriculture and related industries | 770 | – | – | 772 | 786 | – | – | 786 |
| Nonagricultural industries | 1,091 | 1,186 | 1,170 | 1,082 | 1,144 | 1,261 | 1,246 | 1,136 |
| Mining, quarrying, and oil and gas extraction | 1,424 | – | – | 1,438 | 1,511 | – | – | 1,482 |
| Construction | 1,044 | 1,424 | 1,411 | 1,007 | 1,100 | 1,530 | 1,500 | 1,051 |
| Manufacturing | 1,148 | 1,135 | 1,107 | 1,153 | 1,202 | 1,219 | 1,216 | 1,199 |
| Durable goods | 1,173 | 1,182 | 1,148 | 1,175 | 1,252 | 1,264 | 1,265 | 1,251 |
| Nondurable goods | 1,102 | 1,091 | 1,063 | 1,112 | 1,124 | 1,161 | 1,147 | 1,122 |
| Wholesale and retail trade | 900 | 896 | 900 | 900 | 922 | 892 | 901 | 923 |
| Wholesale trade | 1,152 | 1,019 | 1,078 | 1,157 | 1,163 | 1,158 | 1,156 | 1,164 |
| Retail trade | 846 | 849 | 852 | 846 | 876 | 825 | 833 | 879 |
| Transportation and utilities | 1,063 | 1,321 | 1,293 | 1,018 | 1,130 | 1,366 | 1,353 | 1,095 |
| Transportation and warehousing | 993 | 1,262 | 1,231 | 966 | 1,040 | 1,254 | 1,234 | 1,011 |
| Utilities | 1,571 | 1,686 | 1,655 | 1,544 | 1,578 | 1,661 | 1,644 | 1,559 |
| Information[4] | 1,572 | 1,689 | 1,702 | 1,562 | 1,728 | 1,613 | 1,584 | 1,751 |
| Publishing, except Internet | 1,890 | – | – | 1,896 | 2,092 | – | – | 2,107 |
| Motion pictures and sound recording industries | 1,334 | – | – | 1,252 | 1,567 | – | – | 1,590 |
| Broadcasting (except internet) | 1,426 | – | – | 1,314 | 1,470 | – | – | 1,452 |
| Telecommunications | 1,465 | 1,397 | 1,404 | 1,473 | 1,512 | 1,600 | 1,528 | 1,510 |
| Financial activities | 1,385 | 1,154 | 1,170 | 1,393 | 1,446 | 1,262 | 1,266 | 1,451 |
| Finance and insurance | 1,466 | 1,139 | 1,276 | 1,471 | 1,533 | 1,249 | 1,266 | 1,537 |
| Finance | 1,542 | 1,086 | 1,133 | 1,548 | 1,633 | – | 1,340 | 1,638 |
| Insurance | 1,352 | – | 1,314 | 1,353 | 1,365 | – | – | 1,369 |
| Real estate and rental and leasing | 1,150 | 1,226 | 1,151 | 1,150 | 1,208 | 1,350 | 1,267 | 1,206 |
| Professional and business services | 1,407 | 987 | 1,052 | 1,417 | 1,467 | 1,269 | 1,265 | 1,472 |
| Professional and technical services | 1,729 | 1,575 | 1,560 | 1,731 | 1,830 | 1,701 | 1,535 | 1,838 |
| Management, administrative, and waste services | 868 | 838 | 848 | 870 | 919 | 1,100 | 1,073 | 916 |

See footnotes at end of table.

**Table 4. Median weekly earnings of full-time wage and salary workers by union affiliation, occupation, and industry, 2023-2024 annual averages — Continued**

| Occupation and industry | 2023 | | | | 2024 | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Members of unions[1] | Represented by unions[2] | Non-union[3] | Total | Members of unions[1] | Represented by unions[2] | Non-union[3] |
| Education and health services | $1,097 | $1,199 | $1,193 | $1,078 | $1,143 | $1,310 | $1,280 | $1,128 |
| Educational services | 1,193 | 1,329 | 1,321 | 1,168 | 1,236 | 1,341 | 1,328 | 1,222 |
| Health care and social assistance | 1,062 | 1,145 | 1,145 | 1,049 | 1,119 | 1,282 | 1,260 | 1,105 |
| Leisure and hospitality | 747 | 900 | 891 | 740 | 775 | 975 | 958 | 769 |
| Arts, entertainment, and recreation | 934 | 1,073 | 1,053 | 926 | 963 | 1,127 | 1,106 | 948 |
| Accommodation and food services | 712 | 827 | 830 | 709 | 741 | 834 | 828 | 737 |
| Accommodation | 788 | 874 | 881 | 776 | 801 | 862 | 850 | 797 |
| Food services and drinking places | 701 | 756 | 753 | 700 | 728 | 802 | 805 | 726 |
| Other services[4] | 923 | 1,151 | 1,136 | 915 | 986 | 1,403 | 1,332 | 979 |
| Other services, except private households | 950 | 1,163 | 1,146 | 940 | 1,013 | 1,430 | 1,393 | 1,005 |
| Public sector | 1,229 | 1,346 | 1,341 | 1,161 | 1,254 | 1,391 | 1,372 | 1,185 |
| Federal government | 1,481 | 1,393 | 1,410 | 1,526 | 1,532 | 1,387 | 1,389 | 1,620 |
| State government | 1,169 | 1,291 | 1,290 | 1,123 | 1,206 | 1,365 | 1,348 | 1,141 |
| Local government | 1,187 | 1,357 | 1,346 | 1,074 | 1,207 | 1,409 | 1,383 | 1,095 |

[1] Data refer to members of a labor union or an employee association similar to a union.

[2] Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.

[3] Data refer to workers who are neither members of a union nor represented by a union on their job.

[4] Includes other industries, not shown separately.

NOTE: Data refer to the sole or principal job of full-time wage and salary workers. All self-employed workers are excluded, both those with incorporated businesses as well as those with unincorporated businesses. Updated population controls are introduced annually with the release of January data. Dash indicates no data or data that do not meet publication criteria (values not shown where base is less than 50,000).

**Table 5. Union affiliation of employed wage and salary workers by state, 2023-2024 annual averages**
[Numbers in thousands]

| State | 2023 | | | | | 2024 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total employed | Members of unions[1] | | Represented by unions[2] | | Total employed | Members of unions[1] | | Represented by unions[2] | |
| | | Total | Percent of employed | Total | Percent of employed | | Total | Percent of employed | Total | Percent of employed |
| Alabama | 2,088 | 156 | 7.5 | 180 | 8.6 | 2,110 | 140 | 6.6 | 165 | 7.8 |
| Alaska | 307 | 45 | 14.8 | 47 | 15.2 | 300 | 53 | 17.7 | 58 | 19.5 |
| Arizona | 3,164 | 133 | 4.2 | 152 | 4.8 | 3,183 | 118 | 3.7 | 144 | 4.5 |
| Arkansas | 1,217 | 62 | 5.1 | 71 | 5.8 | 1,265 | 45 | 3.5 | 56 | 4.4 |
| California | 16,349 | 2,514 | 15.4 | 2,769 | 16.9 | 16,399 | 2,381 | 14.5 | 2,678 | 16.3 |
| Colorado | 2,730 | 189 | 6.9 | 235 | 8.6 | 2,671 | 206 | 7.7 | 214 | 8.0 |
| Connecticut | 1,610 | 255 | 15.9 | 272 | 16.9 | 1,634 | 269 | 16.5 | 291 | 17.8 |
| Delaware | 436 | 38 | 8.8 | 44 | 10.1 | 435 | 37 | 8.5 | 39 | 8.9 |
| District of Columbia | 347 | 32 | 9.1 | 36 | 10.4 | 362 | 38 | 10.6 | 42 | 11.7 |
| Florida | 9,453 | 442 | 4.7 | 578 | 6.1 | 9,086 | 462 | 5.1 | 569 | 6.3 |
| Georgia | 4,626 | 211 | 4.6 | 250 | 5.4 | 4,619 | 174 | 3.8 | 203 | 4.4 |
| Hawaii | 573 | 138 | 24.1 | 147 | 25.6 | 556 | 147 | 26.5 | 153 | 27.5 |
| Idaho | 810 | 37 | 4.5 | 44 | 5.5 | 850 | 43 | 5.0 | 50 | 5.9 |
| Illinois | 5,537 | 708 | 12.8 | 755 | 13.6 | 5,615 | 734 | 13.1 | 798 | 14.2 |
| Indiana | 3,054 | 245 | 8.0 | 278 | 9.1 | 2,999 | 271 | 9.0 | 313 | 10.4 |
| Iowa | 1,490 | 107 | 7.2 | 131 | 8.8 | 1,437 | 93 | 6.4 | 119 | 8.3 |
| Kansas | 1,360 | 120 | 8.9 | 144 | 10.6 | 1,309 | 83 | 6.3 | 105 | 8.0 |
| Kentucky | 1,719 | 152 | 8.8 | 194 | 11.3 | 1,761 | 156 | 8.8 | 197 | 11.2 |
| Louisiana | 1,765 | 76 | 4.3 | 91 | 5.2 | 1,741 | 69 | 3.9 | 86 | 5.0 |
| Maine | 566 | 52 | 9.2 | 61 | 10.8 | 585 | 77 | 13.1 | 89 | 15.3 |
| Maryland | 2,822 | 302 | 10.7 | 362 | 12.8 | 2,851 | 325 | 11.4 | 382 | 13.4 |
| Massachusetts | 3,267 | 412 | 12.6 | 443 | 13.6 | 3,397 | 496 | 14.6 | 531 | 15.6 |
| Michigan | 4,409 | 564 | 12.8 | 623 | 14.1 | 4,346 | 581 | 13.4 | 639 | 14.7 |
| Minnesota | 2,673 | 356 | 13.3 | 378 | 14.1 | 2,668 | 379 | 14.2 | 394 | 14.8 |
| Mississippi | 1,081 | 75 | 7.0 | 106 | 9.8 | 1,129 | 59 | 5.2 | 90 | 7.9 |
| Missouri | 2,734 | 255 | 9.3 | 286 | 10.4 | 2,734 | 234 | 8.6 | 255 | 9.3 |
| Montana | 470 | 56 | 11.8 | 61 | 13.0 | 474 | 56 | 11.9 | 62 | 13.1 |
| Nebraska | 940 | 68 | 7.3 | 88 | 9.4 | 913 | 62 | 6.8 | 74 | 8.1 |
| Nevada | 1,382 | 171 | 12.4 | 201 | 14.5 | 1,367 | 166 | 12.1 | 183 | 13.4 |
| New Hampshire | 668 | 62 | 9.3 | 73 | 10.9 | 678 | 62 | 9.2 | 72 | 10.6 |
| New Jersey | 4,211 | 679 | 16.1 | 729 | 17.3 | 4,197 | 682 | 16.2 | 730 | 17.4 |
| New Mexico | 805 | 60 | 7.5 | 73 | 9.1 | 834 | 63 | 7.5 | 73 | 8.8 |
| New York | 8,300 | 1,711 | 20.6 | 1,787 | 21.5 | 8,278 | 1,706 | 20.6 | 1,814 | 21.9 |
| North Carolina | 4,623 | 125 | 2.7 | 152 | 3.3 | 4,555 | 108 | 2.4 | 142 | 3.1 |
| North Dakota | 359 | 22 | 6.2 | 27 | 7.5 | 366 | 18 | 5.0 | 23 | 6.3 |
| Ohio | 5,108 | 641 | 12.5 | 691 | 13.5 | 5,147 | 621 | 12.1 | 685 | 13.3 |
| Oklahoma | 1,705 | 115 | 6.8 | 132 | 7.7 | 1,713 | 91 | 5.3 | 106 | 6.2 |
| Oregon | 1,808 | 255 | 14.1 | 270 | 15.0 | 1,835 | 292 | 15.9 | 321 | 17.5 |
| Pennsylvania | 5,786 | 749 | 12.9 | 822 | 14.2 | 5,706 | 666 | 11.7 | 708 | 12.4 |
| Rhode Island | 507 | 62 | 12.3 | 67 | 13.2 | 500 | 73 | 14.5 | 77 | 15.3 |
| South Carolina | 2,130 | 49 | 2.3 | 63 | 3.0 | 2,163 | 61 | 2.8 | 89 | 4.1 |
| South Dakota | 425 | 15 | 3.6 | 18 | 4.2 | 431 | 12 | 2.7 | 16 | 3.7 |
| Tennessee | 2,981 | 178 | 6.0 | 205 | 6.9 | 2,923 | 136 | 4.7 | 164 | 5.6 |
| Texas | 13,019 | 586 | 4.5 | 701 | 5.4 | 13,345 | 603 | 4.5 | 716 | 5.4 |
| Utah | 1,584 | 65 | 4.1 | 134 | 8.4 | 1,558 | 58 | 3.7 | 122 | 7.8 |
| Vermont | 301 | 43 | 14.3 | 46 | 15.4 | 297 | 42 | 14.3 | 47 | 15.8 |
| Virginia | 4,042 | 176 | 4.3 | 226 | 5.6 | 3,997 | 207 | 5.2 | 229 | 5.7 |
| Washington | 3,491 | 576 | 16.5 | 632 | 18.1 | 3,432 | 548 | 16.0 | 627 | 18.3 |
| West Virginia | 691 | 60 | 8.7 | 70 | 10.1 | 699 | 61 | 8.8 | 70 | 10.0 |
| Wisconsin | 2,761 | 205 | 7.4 | 232 | 8.4 | 2,819 | 180 | 6.4 | 196 | 6.9 |
| Wyoming | 256 | 14 | 5.6 | 17 | 6.6 | 249 | 14 | 5.6 | 17 | 6.7 |

[1] Data refer to members of a labor union or an employee association similar to a union.
[2] Data refer to both union members and workers who report no union affiliation but whose jobs are covered by a union or an employee association contract.
NOTE: Data refer to the sole or principal job of full- and part-time wage and salary workers. All self-employed workers are excluded, both those with incorporated businesses as well as those with unincorporated businesses. Updated population controls are introduced annually with the release of January data.

# Chart 1. Union membership rates by state, 2024 annual averages

(U.S. rate = 9.9 percent)

