UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>Defendant. | **ORDER GRANTING [81] JOINT MOTION TO CONSOLIDATE**<br><br>Case No. 2:24-cv-00492-DBB<br><br>District Judge David Barlow |
| SKYWEST INFLIGHT ASSOCIATION,<br><br>Counter Claimant,<br><br>v.<br><br>LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor,<br><br>Counter Defendant. | |

Having considered the parties' [81] Joint Motion to Consolidate Cases, and for good cause appearing, the court GRANTS the Motion and ORDERS that this case, Case No. 2:24-cv-00492-DBB-DBP, be consolidated with Case No. 2:25-cv-00700-RJS-DAO. All future filings shall be filed under Case No. 2:24-cv-00492-DBB-DBP.

1

Signed January 20, 2026.

BY THE COURT

_____

David Barlow
United States District Judge