MELISSA HOLYOAK, United States Attorney (9832)
ANNE E. RICE, Assistant United States Attorney (7971)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
anne.rice@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary of Labor,[1] United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>Defendant. | **SECRETARY OF LABOR'S NOTICE OF DEPOSITION OF SKYWEST INFLIGHT ASSOCIATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**<br><br>Case No. 2:24-cv-00492-DBB-DBP<br><br>Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |

Under Rule 30(b)(6) of the Federal Rules of Civil Procedure, Keith E. Sonderling, Acting Secretary of Labor, provides notice of the deposition of SkyWest InFlight Association (SIA). The deposition will occur via remote means, such as Zoom, on a date and time to be determined based on agreement by the parties as soon as possible. The deposition will be taken before a certified court reporter and will be recorded by stenographic means.

SIA is required to designate one or more officers, directors, superintendents, managers, or employees to testify to the matters stated in the attached Exhibit A. The Secretary requests that

[1] Keith E. Sonderling, Acting Secretary of Labor, is substituted as a defendant pursuant to Fed. R. Civ. P. 25(d).

SIA provide written notice at least 10 business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on SIA's behalf.

Dated this 2nd day of July, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Anne E. Rice*
ANNE E. RICE
Assistant United States Attorney

**EXHIBIT A**

The Secretary designates the matters identified below for examination. In construing these topics, the following instructions and definitions shall apply:

1. All terms shall be construed to encompass as broad a range of information as permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.
2. The term "SIA" refers to SkyWest InFlight Association, its current and former officers, directors, agents, employees, attorneys, investigators, representatives, legal entities, and anyone else acting on its behalf, directly or through others.
3. The abbreviation LMRDA refers to the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq.
4. The term "SkyWest" refers to SkyWest, Inc., and any of its subsidiaries (including SkyWest Airlines, Inc.), officers, agents, and managers, and the officers agents, and managers of its subsidiaries (including SkyWest Airlines, Inc.).
5. The term "functions" refers to the following:
    a. Holding monthly board meetings where official business is conducted and that members may attend.
    b. Disciplining SIA members and officers, as appropriate.
    c. Negotiating collective bargaining agreements with SkyWest.
    d. Negotiating the policies and procedures of SkyWest's InFlight Operations Department.

e. Negotiating employee grievance, corrective action, and termination policies with SkyWest and representing SIA members in adverse employment actions against SkyWest.

f. Permitting SIA members to submit official grievances against SkyWest through SIA's website.

g. Representing members in grievance proceedings, as appropriate.

h. Negotiating employee grievance policies wherein SIA will consider the facts presented by the flight attendant, decide whether the grievance is valid, and discuss the grievance with SkyWest without the employee being present.

i. Any other functions SIA performs.

6. The term "governing documents" refers to any version of SIA's Bylaws, Constitution and Bylaws, or other documents that set forth SIA's practices and rules.

7. The term "funding" refers to any arrangement to satisfy financial obligations (including making direct payments to SIA, or paying bills on SIA's behalf) or to the provision of items, services, or resources (including office space, IT infrastructure, and materials used to elect LMRDA officers).

8. The term "including" means "including but not limited to."

## DEPOSITION TOPICS

1. The circumstances and history of SIA's founding.

2. SIA's functions, purposes, and structure.

3. The reasons why SIA contends it is a national labor organization under the LMRDA.

4. How SIA's compliance with LMRDA provisions applicable to local labor organizations interferes with SIA's obligations under the Railway Labor Act, 45 U.S.C. § 151 et seq.

5. SIA's efforts to comply with the LMRDA since its founding, including its compliance with Title II (29 U.S.C. §§ 431-441),[2] and Title IV (29 U.S.C. §§ 481-482).[3]

6. SIA's relationship with SkyWest, including any role or input SkyWest has regarding SIA's functions, purposes, structure, governing documents, and funding.

7. The rules, procedures, and requirements associated with electing SIA's officers, including rules, procedures, and requirements regarding:

   a. Who is eligible to run for office.

   b. Who is eligible to nominate candidates.

   c. Who is eligible to vote for candidates.

   d. Terms of office and election schedules.

8. SIA's Bylaws, Revised December 12, 2023.

9. SIA's Bylaws, Revised August 12, 2024.

10. The purpose, operation, and reasons for adopting the following provisions of SIA's governing documents:

    a. Sections 7, 11, and 14 of SIA's Bylaws, Revised January 21, 2022 (SIA000004, 6-7, 9).

---

[2] For example, the forms required to be filed under Title II provided SIA with an opportunity to disclose its existence to the U.S. Department of Labor, and self-designate as a particular type of labor organization under the LMRDA.

[3] For example, SIA's past election practices may reflect that SIA followed election procedures specific to national labor organizations or local labor organizations, or that SIA did not consider whether it was a national or local when establishing its election rules.

b. Section 7 of SIA's Bylaws, Revised March 15, 2022 (SIA000019).

c. Sections 8, 10 and 11 of SIA's Bylaws, Revised May 20, 2022 (SIA000058-61).

d. Section 10 of SIA's Bylaws, Revised January 11, 2023 (SIA000245-246).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail on July 2, 2026, to the following:

Christina M. Jepson
Sarah J. Dewey
Attorneys at Law
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, Utah 84111
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com

Gregg M. Formella
Gregg M. Formella JD
300 State Street
P.O. Box 92141
Southlake, TX 76092
Gregg.formella@gmail.com

*/s/ Anne E. Rice*
ANNE E. RICE
Assistant United States Attorney