UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>Defendant. | **ORDER GRANTING PLAINTIFF'S SHORT FORM DISCOVERY MOTION TO COMPEL**<br><br>Case No. 2:24-cv-00492-DBB-DBP<br><br>Judge David B. Barlow<br>Magistrate Judge Dustin B. Pead |
| SKYWEST INFLIGHT ASSOCIATION,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>KEITH E. SONDERLING, Acting Secretary, United States Department of Labor, and the UNITED STATES DEPARTMENT OF LABOR,<br><br>Counterclaim Defendants. | |

Plaintiff Keith Sonderling, Acting Secretary of Labor, filed a motion to compel Defendant SkyWest InFlight Association (SIA) to produce a 30(b)(6) witness to testify about deposition Topic 6. This case arises under Title IV of the Labor-Management Reporting and Disclosure Act (LMRDA) and is in Phase I of discovery, which addresses whether SIA should be classified as a national or local labor organization under the LMRDA. The classification inquiry focuses on SIA's functions, structure, and purposes. *Donovan v. Nat'l Transient Div., Int'l Bhd.*

*of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers*, 736 F.2d 618, 623 (10th Cir. 1984); 29 C.F.R. § 451.11.

The Secretary noticed Topic 6, which covers SIA's relationship with SkyWest, and any role or input SkyWest has regarding SIA's functions, structure, and purposes, including through governing documents, and funding. SIA objects that Topic 6 is irrelevant and falls outside Phase I.

For the reasons set forth in the Secretary's Motion to Compel, the court finds that Topic 6 is relevant to Phase I. Accordingly, SIA must produce a witness to testify on Topic 6 in its entirety.

IT IS SO ORDERED.

DATED this ___ day of September, 2026.

BY THE COURT:

______________________________
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah