**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| KEITH E. SONDERLING, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>Defendant. | **ORDER GRANTING SIA'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO THE MAGISTRATE JUDGE'S OCTOBER 19, 2026 MEMORANDUM DECISION AND ORDER**<br><br>Consol. Case No. 2:24-cv-492-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |
| SKYWEST INFLIGHT ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>KEITH E. SONDERLING, Secretary of Labor, United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR,<br><br>Counterclaim Defendants. | |

Before the Court is Defendant/Counterclaimant SkyWest InFlight Association's ("SIA") Stipulated Motion for Extension of Time to File Objection to the Magistrate Judge's October 19, 2026 Memorandum Decision and Order (ECF No. 99) (the "Motion"). The Court, having considered the Motion and for good cause shown, HEREBY GRANTS the Motion.

Accordingly, the deadline for SIA to file any objection to the Magistrate Judge's Memorandum Decision and Order is extended until 14 days after the Magistrate Judge rules on SIA's contemporaneously filed Motion for Clarification of the Magistrate Judge's October 19, 2026 Memorandum Decision and Order.

DATED this 2 November 2026.

Dustin B. Pead
United States Magistrate Judge