THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary, United States Department of Labor and UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff and Counterclaim Defendants,<br><br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>Defendant and Counterclaim Plaintiff | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:24-cv-00492-DBB-DBP<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Dustin B. Pead |

Defendant/Counterclaimant SkyWest InFlight Association ("SIA") moves the court for clarification of the court's October 19, 2026, Memorandum Decision and Order. (ECF No. 101.) SIA specifically seeks clarification "whether the Order was intended solely to resolve the discoverability of deposition Topic 6, without finally deciding the standards governing the ultimate issue of SIA's classification as a national or local labor organization or foreclosing the parties' arguments about the standards applicable to that issue during Phase I dispositive briefing."[1]

The court's GRANTS the request to clarify.[2] The Order solely addressed the discoverability of Topic 6 and makes no final determination on the governing standard with respect to SIA's classification. That issue was not before the court nor was it part of the parties'

---

[1] Motion at 2.

[2] *See Kennecott Copper Corp. v. F. T. C.*, 542 F.2d 801, 803, (10th Cir. 1976) ("a court has inherent authority to construe and clarify its order").

briefing. That issue remains subject to briefing and adjudication at the appropriate phase of litigation as agreed by the parties.

IT IS SO ORDERED.

DATED this 2 November 2026.

Dustin B. Pead
United States Magistrate Judge